Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMISH P. SHAH, an individual, JOSE A. RIVERA, a/k/a JAY STYLES, an individual, DIGISPACE SOLUTIONS LLC, a California Limited Liability Company, YMULTIMEDIA LLC, a California Limited Liability Company, and DOES 1-50,<br><br>Defendants. | Case No. 10-cv-00653-RSM<br><br>**CORPORATE DISCLOSURE STATEMENT OF DIGISPACE SOLUTIONS LLC AND YMULTIMEDIA LLC** |

Pursuant to FED. R. CIV. P. 7.1, yMultimedia LLC is a wholly-owned subsidiary of Digispace Solutions LLC. Digispace Solutions LLC is not publicly traded and no publicly-held corporation owns 10% or more of its stock.

Dated this 15th day of July 2010.

Respectfully Submitted,

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

By: _____
Derek Linke, WSBA No. 38314
Derek A. Newman, WSBA No. 26967

RULE 7.1 DISCLOSURE
[10-cv-00653-RSM] - 1

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800