Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT,
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMISH P. SHAH, et al.<br><br>　　　　　　Defendants. | Case No. 10-cv-00653-RSM<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS**<br><br>Note on Motion Calendar:<br>July 15, 2011 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Microsoft Corporation ("Microsoft") and Defendants Amish P. Shah, Jose A. Rivera, Digispace Solutions LLC, and yMultimedia LLC (collectively, "Defendnants") stipulate that Microsoft's claims against all Defendants, having been settled, shall be dismissed with prejudice and without cost to any party.

Dated this 15th day of July 2011.

| | |
|---|---|
| **NEWMAN DU WORS LLP** | **ORRICK HERRINGTON & SUTCLIFFE LLP** |
| By:   /s/ *Derek Linke*<br>Derek Linke, WSBA No. 38314<br>Derek A. Newman, WSBA No. 26967<br><br>Attorneys for Defendants<br>Digispace Solutions, LLC, yMultimedia LLC, Amish P. Shah, and Jose A. Rivera | By:   /s/ *Thomas H. Zellerbach*<br>Thomas H. Zellerbach (pro hac vice)<br><br>Attorneys for Plaintiff<br>Microsoft Corporation |