Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT,**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

MICROSOFT CORPORATION,
a Washington corporation,

               Plaintiff,

    v.

AMISH P. SHAH, et al,

               Defendants.

Case No. 10-cv-00653-RSM

**ORDER OF DISMISSAL WITH**
**PREJUDICE OF ALL CLAIMS**

THIS MATTER, having come before the Court on the parties' Stipulated Motion for Dismissal with Prejudice of All Claims, and the Court being fully advised on this matter; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that any and all claims by or between plaintiff Microsoft Corporation and defendants Amish P. Shah, Jose A. Rivera, Digispace Solutions LLC, and yMultimedia LLC are hereby dismissed with prejudice and without costs to any party.

Dated this 20 day of July 2011.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISS. WITH PREJUD. OF ALL
CLAIMS [C10-653-RSM] - 1

**NEWMAN DU WORS LLP**

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

1

2
Presented by:

3
**NEWMAN DU WORS LLP**

4
/s/ *Derek Linke*

5
Derek Linke, WSBA No. 38314
Derek A. Newman, WSBA No. 26967

6
Attorneys for Defendants
Digispace Solutions, LLC,

7
yMultimedia LLC, Amish P. Shah,
and Jose A. Rivera

8

9

10
Approved as to Form, Approved for Entry

11
**ORRICK HERRINGTON
& SUTCLIFFE LLP**

12

13
/s/ *Tomas H. Zellerbach*
Thomas H. Zellerbach (*pro hac vice)*

14
Attorneys for Plaintiff
Microsoft Corporation

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF DISMISS. WITH PREJUD. OF ALL
CLAIMS [C10-653-RSM] - 2

**NEWMAN DU WORS LLP**

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800